IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–02427–EWN–BNB

LARRY HINTON,

    Applicant,

v.

ZENON, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

---

    This matter is before the court on the "Recommendation of United States Magistrate Judge" (#14). Applicant has objected to the recommendation (#15). When the court reviews a magistrate judge's submission which would dismiss the case, the court must make a "de novo determination of those portions of the [recommendation] . . . to which objection is made." *See* 28 U.S.C.A. § 636(b)(1) (West 2006); Fed. R. Civ. P. 72(b). "When conducting de novo review, the district court makes its own determinations of disputed issues and does not decide whether the magistrate's proposed findings are clearly erroneous." *Branch v. Martin*, 886 F.2d 1043, 1046 (8th Cir. 1989).

    I have conducted the requisite *de novo* review of the issues, the record, the recommendation, and the objections. Both the magistrate judge and the state court of appeals

have addressed the substance of Applicant's contentions.  The magistrate judge correctly applied the narrow statutory standard of review applicable when a federal state court reviews a state court criminal conviction on a writ of habeas corpus.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED and the magistrate judge's submission is adopted as the final order of this court

2. The case is DISMISSED with prejudice.

DATED this 6th day of February, 2007

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge